JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Niloofar Kaibollahi,

          Plaintiff,

v.

Marco Rubio et al,

          Defendants.

Case No. **2:25-cv-09252-SVW-AGR**

ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION

(PURSUANT TO LOCAL RULE 41)

On January 20, 2026, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required a written response to be filed by January 26, 2026. No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated:  February 4, 2026

_____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1.